UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Robert Pitts

                v.

                                    Case No. 15-cv-365-SM

Patricia Lee, P.A., Merrimack County
House of Corrections, et al.


O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated November 24, 2015, for the reasons set forth therein.  Plaintiff's complaint (doc. no. 1) and the complaint addenda (doc. nos. 5 and 10-1) are hereby dismissed for failure to state a claim upon which relief can be granted.  The Clerk of Court shall enter judgment in accordance with this order and close the case.

    SO ORDERED.

                                                  _____
                                                  Steven J. McAuliffe
                                                  United States District Judge

Date: December 9, 2015

cc:   Robert Pitts, pro se